FILED

2024 MAY 29 PM 4: 09

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

GARY M. RESTAINO
United States Attorney
District of Arizona
JARED KREAMER HOPE
Assistant U.S. Attorney
EVAN N. WESLEY
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
NICOLE M. ARGENTIERI
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Criminal Division
CHELSEA SCHINNOUR
Trial Attorney
U.S. Department of Justice
Human Rights and Special Prosecutions Section
1301 New York Ave. NW
Washington, DC 20305
Telephone: 202-616-2124
Attorneys for Plaintiff

**CR24-03116 TUC-JGZ(JR)**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Abbas Ali Haider<br>a.k.a Muhammad Akbal,<br>(Counts 1-5)<br>Defendant. | **INDICTMENT**<br><br>VIOLATIONS:<br>**8 U.S.C. § 1324(a)(1)(A)(i)**<br>**8 U.S.C. § 1324(a)(1)(A)(v)(I)**<br>**8 U.S.C. § 1324(a)(1)(B)(i)**<br>(Conspiracy to Bring to or Attempt to Bring Aliens to the United States)<br>**Count 1**<br><br>**8 U.S.C. § 1324(a)(2)(B)(ii)**<br>**18 U.S.C. § 2**<br>(Bringing in Illegal Aliens for Profit; Aiding and Abetting)<br>**Counts 2-5**<br><br>**18 U.S.C. § 982(a)(6)**<br>**(Forfeiture Allegation)**<br><br>**UNDER SEAL** |

1    **THE GRAND JURY CHARGES:**

2    **<ins>INTRODUCTION</ins>**

3        From on or about September 1, 2019, to on or about September 22, 2023, Abbas

4    Ali Haider, a.k.a. Muhammad Akbal, together with others, participated in an alien

5    smuggling operation that brought and attempted to bring individuals illegally from

6    Pakistan to the United States (hereinafter referred to as "aliens").  The aliens were

7    nationals of Pakistan, were not United States citizens, and did not have prior

8    authorization from the United States government to come to, enter, and reside in the

9    United States.  The aliens or their families paid money to Abbas Ali Haider, a.k.a.

10   Muhammad Akbal, and others working with him to be smuggled to the United States.

11       Abbas Ali Haider, a.k.a. Muhammad Akbal, is a Pakistani national who conspired

12   with others in Pakistan and Latin America to facilitate the travel of aliens from

13   Pakistan into the United States.

14       To further his smuggling enterprise, Abbas Ali Haider, a.k.a. Muhammad Akbal,

15   under the guise he ran Pakistani film companies, Diamond TV World Productions

16   and/or Multimedia Advertising Ltd., contracted or purported to have contracted with

17   film companies in Ecuador, Cuba, and/or Colombia.

18       At Abbas Ali Haider's request, the Latin American film companies sponsored

19   visas for purported employees of Diamond TV World Productions and/or Multimedia

20   Advertising Ltd., under the guise and/or true belief they were working on a joint

21   project filming in Latin America.  Instead of legitimate film company employees

22   however, the visa recipients were aliens planning to illegally enter the United States

23   through Mexico.

24       Before leaving Pakistan, Abbas Ali Haider, provided the aliens with visas and

25   phony paperwork indicating they worked for Diamond TV World Productions and/or

26   Multimedia Advertising Ltd., and were traveling to Latin America to work on a film.

27   The aliens then presented the paperwork at ports of entry in Panama, Brazil, and/or

28   Colombia.

1    Once the aliens were admitted into South and/or Central America, they traveled
2    north with the assistance of smugglers in Abbas Ali Haider's network until they
3    reached the Mexico/U.S. border, where they crossed illegally into the United States in
4    California, Texas, and/or Arizona.

5                                  **COUNT 1**

6    From on or about September 1, 2019, to on or about September 22, 2023, in the
7    District of Arizona, and elsewhere, Abbas Ali Haider, a.k.a. Muhammad Akbal, did
8    knowingly and intentionally combine, conspire, confederate, and agree with various other
9    persons known and unknown to the grand jury, to bring to, and to attempt to bring to the
10   United States, in any manner whatsoever an alien, knowing that a person is an alien, at a
11   place other than a designated port of entry and place other than as designated by the
12   Commissioner, regardless of whether such alien has received prior official authorization to
13   come to, enter, or reside in the United States and regardless of any future official action
14   which may be taken with respect to such alien, all in violation of Title 8, United States
15   Code, Sections 1324(a)(1)(A)(v)(i), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).

16                                 **COUNT 2**

17   From on or about September 1, 2019, to on or about June 3, 2020, in the District of
18   Arizona, and elsewhere, Abbas Ali Haider, a.k.a. Muhammad Akbal, knowing and in
19   reckless disregard of the fact that a certain alien, A.K., had not received prior official
20   authorization to come to, enter, and reside in the United States, did knowingly bring to
21   the United States in any manner whatsoever, said alien, regardless of any official action
22   which may later be taken with respect to said alien, and did so for the purpose of
23   commercial advantage and private financial gain and did aid, abet, counsel, command,
24   induce, procure, and cause the same, in violation of Title 8, United States Code, Section
25   1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

26                                 **COUNT 3**

27   From on or about June 10, 2021, to on or about July 29, 2022, in the District of
28   Arizona, and elsewhere, Abbas Ali Haider, a.k.a. Muhammad Akbal, knowing and in

1  reckless disregard of the fact that a certain alien, Z.A., had not received prior official
2  authorization to come to, enter, and reside in the United States, did knowingly bring to
3  the United States in any manner whatsoever, said alien, regardless of any official action
4  which may later be taken with respect to said alien, and did so for the purpose of
5  commercial advantage and private financial gain and did aid, abet, counsel, command,
6  induce, procure, and cause the same, in violation of Title 8, United States Code, Section
7  1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

8                                   **COUNT 4**

9      From on or about July 8, 2021, to on or about July 29, 2022, in the District of
10  Arizona, and elsewhere, Abbas Ali Haider, a.k.a. Muhammad Akbal, knowing and in
11  reckless disregard of the fact that a certain alien, A.A., had not received prior official
12  authorization to come to, enter, and reside in the United States, did knowingly bring to
13  the United States in any manner whatsoever, said alien, regardless of any official action
14  which may later be taken with respect to said alien, and did so for the purpose of
15  commercial advantage and private financial gain and did aid, abet, counsel, command,
16  induce, procure, and cause the same, in violation of Title 8, United States Code, Section
17  1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

18                                   **COUNT 5**

19      From on or about July 27, 2021, to on or about July 7, 2022, in the District of
20  Arizona, and elsewhere, Abbas Ali Haider, a.k.a. Muhammad Akbal, knowing and in
21  reckless disregard of the fact that a certain alien, A.I., had not received prior official
22  authorization to come to, enter, and reside in the United States, did knowingly bring to
23  the United States in any manner whatsoever, said alien, regardless of any official action
24  which may later be taken with respect to said alien, and did so for the purpose of
25  commercial advantage and private financial gain and did aid, abet, counsel, command,
26  induce, procure, and cause the same, in violation of Title 8, United States Code, Section
27  1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

28

*United States of America v. Abbas Ali Haider a.k.a. Muhammad Akbal*
*Indictment Page 4 of 6*

1

## **FORFEITURE ALLEGATION**

2      Upon conviction of an offense in violation of Title 8, United States Code, Section

3  1324, alleged in Counts One through Five of this Indictment, defendant, Abbas Ali Haider

4  a.k.a. Muhammad Akbal, shall forfeit to the United States pursuant to Title 18, United

5  States Code, Section 982(a)(6):  (a) any conveyance, including any vessel, vehicle, or

6  aircraft, used in the commission of the offense; (b) any property, real or personal, that

7  constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly

8  from the commission of the offense; and (c) any property, real or personal, used to facilitate

9  or intended to be used to facilitate the commission of the offense.

10      If any of the property described above, as a result of any act or omission of the

11  defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred

12  or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of

13  the court; d) has been substantially diminished in value; or e) has been commingled with

14  other property which cannot be divided without difficulty, it is the intent of the United

15  States to seek forfeiture of any other property of the defendant up to the value of the above-

16  described forfeitable property, including but not limited to all property, both real and

17  personal, owned by the defendant, pursuant to Title 21, United States Code, Section 853(p),

18  as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United

19  States Code, Section 2461(c).

20

21

22

23

24

25

26

27

28  ///

*United States of America v. Abbas Ali Haider a.k.a. Muhammad Akbal*
*Indictment Page 5 of 6*

1      All pursuant to Title 18, United States Code, Sections 982(a)(6) and (b)(1), Title 21,

2   United States Code, Section 853(p), Title 28, United States Code, Section 2461(c), and

3   Rule 32.2(a), Federal Rules of Criminal Procedure.

4

5

6                           A TRUE BILL

7                            **/ s /**

8                     FOREPERSON OF THE GRAND JURY
                       Dated:

9

10  GARY M. RESTAINO
    United States Attorney                REDACTED FOR

11  District of Arizona                  PUBLIC DISCLOSURE

      **/ s /**

12  JARED KREAMER HOPE
    Assistant U.S. Attorney

13      **/ s /**

14  EVAN N. WESLEY
    Assistant U.S. Attorney

15

      **/ s /**

16  NICOLE M. ARGENTIERI
    Principal Deputy Assistant Attorney General

17  U.S. Department of Justice
    Criminal Division

18      **/ s /**

19  CHELSEA SCHINNOUR

20  Trial Attorney

21

22

23

24

25

26

27

28